JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

EG&G MIDDLE EAST LTD. (SAUDI ARABIA)
AND
EG&G MIDDLE EAST LTD. (DUBAI)

                      Plaintiffs,

           - AGAINST -

AXSYS TECHNOLOGIES IR SYSTEMS, INC., AND
AXSYS TECHNOLOGIES, INC.,

                      Defendants.

-------------------------------------------------------------- x

07 Civ.: 07 CIV 9429

Rule 7.1 Statement

RECEIVED OCT 22 2007 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EG&G Middle East Ltd. (Saudi Arabia) and EG&G Middle East Ltd. (Dubai) (each, a private non-governmental party) certifies that there is no parent corporation or any publicly-held corporation that owns 10% or more of the stock of EG&G Middle East Ltd. (Saudi Arabia) or of EG&G Middle East Ltd. (Dubai).

Dated: October 22, 2007

                                    DLA PIPER US LLP

                                    By: _____
                                    Joseph G. Finnerty III (JF 4315)
                                    Stanley McDermott III (0530)
                                    Michael R. Hepworth (MH 2398)
                                    Barbara L. Seniawski (BS 0224)
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (212) 335-4500
                                    Attorneys for Plaintiffs