```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EG&G MIDDLE EAST LTD.  :  07 CV 9429 (LAP)
(SAUDI ARABIA) and EG&G  :
MIDDLE EAST LTD. (DUBAI),  :  ORDER
:
Plaintiffs,  :
:
v.  :
:
AXSYS TECHNOLOGIES IR SYSTEMS,  :
INC., and AXSYS TECHNOLOGIES,  :
INC.,  :
:
Defendants.  :
:
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

    Plaintiff shall inform the Court by letter of the factual basis for venue in this district.

SO ORDERED:

Dated: November 1, 2007

                                                       _____
                                                       LORETTA A. PRESKA, U.S.D.J.

Eggorder09cv9429