UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

EG&G MIDDLE EAST LTD. (SAUDI ARABIA), and
EG&G MIDDLE EAST LTD. (DUBAI)

                                  PLAINTIFFS,

                - AGAINST -

AXSYS TECHNOLOGIES IR SYSTEMS, INC., AND
AXSYS TECHNOLOGIES, INC.,

                                DEFENDANTS.

------------------------------------------------------------ x

07 Civ. 9429 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
OF ALL DEFENDANTS WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, whereas no answer or motion has been filed in this action, Plaintiffs EG&G Middle East Ltd. (Saudi Arabia) and EG&G Middle East Ltd. (Dubai) hereby voluntarily dismiss the Complaint filed herein, without prejudice, as against all Defendants: Axsys Technologies IR Systems, Inc. and Axsys Technologies, Inc., pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: February 19, 2008

DLA PIPER US LLP

By: _____
Joseph G. Finnerty III (JF 4315)
Stanley McDermott III (SM 0530)
Michael R. Hepworth (MH 2398)
Barbara L. Seniawski (BS 0224)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500
Attorneys for Plaintiffs

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.

February 20, 2008